DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW SPOSATO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2856

[May 24, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312017CF000770A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

**ON MOTION FOR WRITTEN OPINION**

PER CURIAM.

We grant the defendant's motion for written opinion, withdraw our prior opinion, and substitute the following in its place.

*Affirmed. See Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022), *rev. pending*, No. SC22-1597.

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*